

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR** and Norma Cuellar,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED appellees Mario Cuellar and Norma Cuellar recover their costs of this appeal from appellant Sherry Cagle n/k/a Sherry Schwartz.

SIGNED April 27, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice